No. 00–8442.   COLE v. MERKLE, WARDEN, ET AL.   C. A. 9th Cir.   Certiorari denied.

No. 00–8456.   FERRIN NAVARRETE v. UNITED STATES; and
No. 00–8463.   FERRIN NAVARRETE v. UNITED STATES.   C. A. 11th Cir.   Certiorari denied.   Reported below: 234 F. 3d 709.

No. 00–8457.   BILAL v. ANGELONE, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS.   C. A. 4th Cir.   Certiorari denied.

No. 00–8468.   BURR v. GOORD, COMMISSIONER, NEW YORK STATE DEPARTMENT OF CORRECTIONAL SERVICES, ET AL.   App. Div., Sup. Ct. N. Y., 3d Jud. Dept.   Certiorari denied.

No. 00–8470.   THOMAS v. UNITED STATES.   C. A. 6th Cir.   Certiorari denied.

No. 00–8477.   QUINN v. UNITED STATES.   C. A. 5th Cir.   Certiorari denied.

No. 00–8479.   HAYES v. UNITED STATES.   C. A. 9th Cir.   Certiorari denied.

No. 00–8481.   BELL v. UNITED STATES.   C. A. 11th Cir.   Certiorari denied.

No. 00–8486.   ALLSTON v. UNITED STATES.   C. A. 3d Cir.   Certiorari denied.

No. 00–8491.   LINTON v. UNITED STATES.   C. A. 6th Cir.   Certiorari denied.

No. 00–8494.   COLEMAN v. UNITED STATES.   C. A. 7th Cir.   Certiorari denied.

No. 00–8495.   ELLIS v. NORRIS, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION.   C. A. 8th Cir.   Certiorari denied.

No. 00–8496.   GARCIA-LOPEZ v. UNITED STATES.   C. A. 5th Cir.   Certiorari denied.

No. 00–8497.   HANDLEY v. UNITED STATES.   C. A. 8th Cir.   Certiorari denied.